Generated: Dec 6, 2024 9:45AM                                                                  Page 1/1



# U.S. District Court

## District of Colorado

Receipt Date: Dec 6, 2024 9:45AM

LINDSAY CINOTTO
LOS ANGELOS, CA 90017

Rcpt. No: 112655                    Trans. Date: Dec 6, 2024 9:45AM                    Cashier ID: #AR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $52.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $52.00 |
| Total Tendered: | $52.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 24-mc-121-CNS Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.