IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION),<br><br>Petitioner,<br><br>v.<br><br>ZANE TACKETT,<br><br>Respondent. | Case No. 1:24-mc-00121-CNS-STV |

### AFFIDAVIT OF DUE DILIGENCE BY KIERSTEN BOKER

I, Kiersten Boker, am a process server retained by Serving By Irving Inc. I am over eighteen years of age and not a party to or otherwise interested in this matter. I coordinated the following service with the date and time of the attempt identified and have personal knowledge of the service:

1. On November 12, 2024 at 8:01 a.m., I attempted personal service of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding)* (the "Subpoena") at Zane Tackett's residence, 5229 County Road 5, Erie, CO 80516. Bryan Kanaday, who identified himself to me as Mr. Tackett's stepfather, answered the door. I spoke to Mr. Kanaday and explained that I was here to serve the Subpoena on Mr. Tackett. Mr. Kanaday informed me that Mr. Tackett was in Thailand and he had no idea when Mr. Tackett would be returning home.

2. Attached hereto as Exhibit A is a true and correct copy of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding)*.

3.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 9, 2025

_____
Kiersten Boker

2