**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

JOINT LIQUIDATORS OF THREE ARROWS
CAPITAL, LTD. (IN LIQUIDATION),

               Petitioner,

    v.

ZANE TACKETT,

          Respondent.

Case No. 1:24-mc-00121-CNS-STV

---

### AFFIDAVIT OF DUE DILIGENCE BY KATYA GAYTAN

I, Katya Gaytan, am a process server retained by Serving By Irving Inc. I am over eighteen years of age and not a party to or otherwise interested in this matter. I performed the following services with the dates and times of the attempts identified:

1. On November 13, 2024, at 7:54 a.m., I visited Mr. Tackett's residence and attempted to serve the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* (the "Subpoena") on Zane Tackett. I attempted to serve on Mr. Bryan Kanaday the *Notice of Intent to Serve Subpoena on Zane Tackett* (the "Notice"), attaching a copy of the Subpoena. No one answered the door.

2. On November 16, 2024, at 8:16 p.m., I returned to Mr. Tackett's residence to attempt to serve the Subpoena on him and Notice on Mr. Kanaday. Again, no one answered the door. I was unable to effectuate service.

3. On November 18, 2024, at 7:10 p.m., I returned to Mr. Tackett's residence for the third time to attempt to serve him with the Subpoena and to serve the Notice on Mr. Kanaday. Mr.

Kanaday answered the door. I served the Notice on him. I was still unable to serve the Subpoena on Mr. Tackett and did not see anyone matching his description at the residence.

4.    Attached hereto as Exhibit A is a true and correct copy of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding)*.

5.    Attached hereto as Exhibit B is a true and correct copy of the *Notice of Intent to Serve Subpoena on Zane Tackett*.

6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 9, 2025

Katya Gaytan

2