| Attorney or Party without Attorney:<br><br>Chris Harris<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560 | | **For Court Use Only** |
|---|---|---|
| *Telephone No:*  (213) 485-1234 | | |
| *Attorney For:*  Joint Liquidators of Three Arrows Capital, Ltd. | *Ref. No. or File No.:*<br>0057-072812-0001-81800 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES BANKRUPTCY COURT District of Delaware | | |
| *Plaintiff:*   In re FTX TRADING LTD., et al.<br>*Defendant:* | | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:*<br>2/12/25 | *Time:*<br>9:00 am MT | *Dept/Div:* | *Case Number:*<br>22-11068 (JTD) |
|---|---|---|---|---|

1.  I, Brian Olds , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Zane Tackett as follows:

2.  *Documents:* Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Brian Olds on: Dec 31, 2024, 3:25 pm MST at 5229 CR 5, Erie, CO 80516
I spoke with subject's stepfather, and he said that Zane is currently out of the country. He did not provide any additional information.

Recoverable cost Per CCP 1033.5(a)(4)(B)

3.  **Person Who Served Papers:**

a. Brian Olds

**b. FIRST LEGAL**

   1517 W. Beverly Blvd.

   LOS ANGELES, CA 90026

c. (213) 250-1111

d. **The Fee** for Service was: $309.25

e. I am: Not A Registered California Process Server

4.  ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

01/03/2025
*(Date)*

*(Signature)*



**AFFIDAVIT OF**
**DUE DILIGENCE**

*12429932*
*(17045573)*